# Certificate of Good Standing

United States District Court
District of Colorado

I, Jeffrey P. Colwell, Clerk of the United States District Court
DO HEREBY CERTIFY

## Carey Matthew Rozier

Admission date: 12/11/2012

was admitted to practice in this court
and is in good standing.

Dated: April 4, 2024